Henrietta GREENEBAUM, Appellant, v. CENTRAL COAL & COKE CO. et al.

No. 10577.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1936.

A. L. Quant and Leon Greenebaum, both of Kansas City, Mo., for appellant.

Clifford Histed, W. S. Hogsett, Chester L. Smith, John J. Henry, Arthur Mag, and Roy B. Thomson, all of Kansas City, Mo., Arthur B. Schaffner and John W. Kearns, both of Chicago, Ill., and Robert B. Fizzell, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellant, on motion of appellees.